IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| WILLIAM AARON MUTTON, | ) |
| | ) Case No. _____ |
| PLAINTIFF | ) (To be filled in by Court Clerk) |
| | ) |
| v | ) COMPLAINT |
| | ) |
| GOOGLE LLC, (C.O.O.) ANA CORRALES | ) |
| JANE/JOHN DOES 1-5, | ) |
| | ) |
| DEFENDANT. | ) JURY TRIAL REQUESTED |

**COMPLAINT WITH JURY DEMAND**

**INTRODUCTION**

This is a diversity and federal question action, brought by an incarcerated prisoner, William A. Mutton (hereafter "Plaintiff"), against Google LLC, and Jane/John Does 1-5, for violating the Plaintiff's rights for defamation (written libel), and negligence in reporting requirements under 34 U.S.C. § 20341, and 28 CFR 81.12(regarding reporting requirements to the "Cyber Tipline" imposed by 34 U.S.C. § 20341 (formerly 42 U.S.C. § 13032). Additionally, Defendant's have violated the Plaintiff's rights to Freedom of Expression under the 1St Amendment to the U.S. Constitution.

**JURISDICTION**

This complaint falls under jurisdiction for a federal question

28 U.S.C. Sec. 1331, and Diversity Jurisdiction under 28 U.S.C. Sec. 1332(a)(1)-Citizens of different states.

## PARTIES

The Parties to This Complaint:

A.   The Plaintiff

   WILLIAM AARON MUTTON
   SID# 16526056
   82911 BEACH ACCESS RD.
   UMATILLA COUNTY
   UMATILLA, OR 97882

B. Defendant(s)#1

   GOOGLE LLC, (C.O.O.) ANA CORRALES,
   1600 AMPHITHEATER PARKWAY
   MOUNTAIN VIEW, CA 94043

C. Defendant(s) #2 Jane/John Does ("Google Employees")
   Any Unknown Person(s)Jane/John Does 1-5, or Parties.

## BACKGROUND FACTS

1. Plaintiff alleges: someone (Jane/John Doe) at, or a computer working for Google LLC, and any other unknown parties, under the authority of C.O.O. Ana Corrales, violated Plaintiff's civil and constitutional rights of Freedom of Association, and Freedom of Expression, all based on a direct, and constitutional injury, guaranteed to Plaintiff under the 1st Amendment of the U.S. Constitution.

2. These civil and constitutional rights violations occurred when

on May 8th, 2015, by actions taken by an employee Jane/John Doe at, and/or a computer working for Google LLC, and under policies and procedures put in place by upper management at Google, including but not limited to, C.O.O. Ana Corrales, and Board members that voted to put the policies and procedures in place, including IT staff that installed them.

3. These policy's and procedures were carried out on May 8th, 2015 when an employee Jane/John Doe, or a computer at Google LLC, shut down Plaintiff's entire muttsmining@Gmail.com account, because of an Email with an attached image. (See ex.#1 Page 469, lines 10-12). Plaintiff later found out that image had been flagged. Plaintiff does not know who flagged the image, or why.

4. Plaintiff in September of 2021 found newly discovered evidence, that was not available to plaintiff at the time of Google's employees (Jane/John Doe) actions. This new evidence leads plaintiff to the fact, the image had been negligently or maliciously flagged by Jane/John Doe(s). This newly discovered evidence also leads Plaintiff to the belief nobody (Jane/John Doe) ever verified the image's contents.

5. This new evidence shows a neglect on the Jane/John Doe defendant's part, to protect Plaintiff's 1st Amendment civil and constitutional rights. Defendant(s) Jane/John Doe, without any policies or procedures in place for those protections, forwarded false and misleading information to a third party in the form of

a Cybertip. Defendant(s) Jane/John Doe sending of this false and misleading Cybertip, will be Claim #2.

6. When Defendant(s) Jane/John Doe, took the actions of shutting down plaintiff's entire muttsmining@Gmail.com account, relying solely on that error flagged image, shows neglect on the part of the defendant(s) Jane/John Doe to protect plaintiff's reputation.(See ex. #2 Page 348, lines 10-15,2a Page 349 lines 18-20).

7. Defendant Jane/John Doe in fact, sent the unverified, false and misleading Cybertip to the National Center for Missing and Exploited Children (NCMEC), making an accusation that Plaintiff sent child porn, or suspicion thereof. This cannot be construed in any other manner that might be seen in an innocent way, and attributed Plaintiff to a punishable crime. This is by definition, defamation under libel.  This one action by defendant Jane/John Doe did in fact act in a way as to defame plaintiff's reputation. The defendant(s) published a false and misleading Cybertip to NCMEC, and in so doing damaged Plaintiff's reputation, causing a direct injury to Plaintiff, from loss of position as Editor and Publisher, for the Portland OR. Chapter, of the Gold Prospectors of America Association, (GPAA), Newsletter "The Prospector",(See ex. #3 Page 355 lines 13-17). causing Plaintiff mental and emotional distress over losing the position, and lack of communication with GPAA chapter

members and the general public.

## CLAIM #1

### (FIRST AMENDMENT CLAIM)

8. Plaintiff reincorporates paragraphs 1-7 and alleges Civil and Constitutional rights violations, under the 1st Amendment of the U.S. Constitution for freedom of expression, because John/Jane Doe(s) knew or should have known that the possession of non-pornographic materials (Artwork) in Plaintiff's email account, was not material that was to be flagged for reporting under 34 U.S.C. § 20341, and 28 CFR 81.12(regarding reporting requirements to the "Cyber Tipline" imposed by 34 U.S.C. § 20341 (formerly 42 U.S.C. § 13032). Jane/John Doe(s) "Google Employee", should have inspected the material to be reported to the Federal Cyber Tipline before reporting such information as criminal behavior. Such reporting was in bad-faith, and used to censor the Plaintiff's rights to freedom of expression under the First Amendment. Plaintiff was injured by the reporting of the non-pornographic photograph (Artwork), and subsequently falsely prosecuted as a result. Plaintiff lost his freedom as a direct consequence of the negligence and false reporting of the unknown "Google Employee" Jane/John Doe, Defendant. (See Exhibit 1,Page 469, lines 10-12 and Page 454, lines 19-21 "Transcript").

## CLAIM #2

### (STATE OF OREGON LAW NEGLIGENCE)

9. Plaintiff reincorporates paragraphs 1-7 and further alleges: Defendant(s) knew or should have known that the image had been flagged in error, and as such is false and misleading information. This being the fact Defendant's knew or should have known that sending this false and misleading information to a third party, as a Cybertip would attribute plaintiff to a Punishable Crime. This is by Definition Defamation under Libel. (See Exhibit 4 W.A.M., "Declaration In Support")

## RELIEF

**Wherefore, Plaintiff requests that the court grant the following relief:**

**A. Issue compensatory and punitive damages:**

10. **Relief:** Amount in actual damages is not known at this time, because it is still ongoing. Plaintiff will be asking this Court to award Punitive damages in relation to the Civil and Constitutional rights violations as direct and constitutional injury's, in an amount, that would be fair and just to plaintiff.

11. Plaintiff would remind this Court to Plaintiff's request for relief will be updated after Plaintiff's receipt of a full disclosure discovery as the information in it would solidify Plaintiff's case, and strengthen plaintiff's claims.

12. Plaintiff's request for relief at this time would be limited by the lack of knowledge of the extent of Google LLC,

Constitutional and Civil rights violations. As well as the Defamation of Plaintiff's reputation.

13. Plaintiff would request this Honorable Court to please understand Plaintiff's is not an attorney, and Plaintiff's limits to doing this for the first time. Plaintiff found out in September 2021 that Google LLC, Nor anyone else, ever verified the image plaintiff sent was not artwork. Which it was. Artwork is protected under the 1st Amendment of the U.S. Constitution according to the Supreme Court.

**RELIEF IN THE FORM OF DECLARATORY JUDGMENT**

**B. Issue a declaratory Judgment stating that:**

14. Issue Declaratory Judgment Defendant's actions of shutting down Plaintiff's entire muttsmining@Gmail.com account on May 8th, 2015 violated Plaintiff's Civil and Constitutional rights under the First Amendment and constituted direct, and constitutional injury.

15. Issue Declaratory Judgment Defendant's actions destroyed Plaintiff's reputation, by publishing a false and misleading Cybertip to NCMEC, and constituted Defamation of character (written libel).

16. Issue Declaratory Judgment Defendant's actions alone allowed other parties to subsequently prosecute Plaintiff, taking Plaintiff's freedom.

## Certification and Closing

Under federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint:(1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;(2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery;(4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address of file with the Clerk's Office may result in the dismissal of my case.

Dated this _1st_ day of _April_ 20**22**.

Respectfully Submitted,

_(Signature)_

WILLIAM A. MUTTON
Sid #: <u>16526056</u>
<u>T.R.C.I.</u>
82911 BEACH ACCESS RD.
<u>UMATILLA, OR 97882</u>

## Exhibit List

Exhibit #1 Page 469, lines 10-12

Exhibit #2 Page 348, lines 10-15

Exhibit #2a Page 349, lines 18-20

Exhibit #3 Page 355, lines 3-17

Exhibit H Declination in support
Unnumbered page is for Trial date referance.

Exhibit #1

M. Persons - D                          469

1    Exhibit 1. Can you -- do you have that in front
2    of you?
3         A    Yes, I do.
4         Q    Okay. So State's Exhibit 1 contains how
5    many pages?
6         A    State's Exhibit 1 contains four pages.
7         Q    Okay. What is on the first page?
8         A    The first page is the image -- a copy of
9    the image that I showed Mr. Mutton during the course
10   of our interview. It's the initial image that was
11   identified by Google in the Muttsmining@gmail.com
12   account.
13        Q    Okay. So that's the same one as is talked
14   about in State's Exhibit 5?
15        A    That's correct.
16        Q    Okay. So State's Exhibit 1, but that is an
17   e-mail that was found on -- where was that found?
18        A    That was found attached to an e-mail within
19   the Muttsmining@Gmail.com account. And it was
20   labeled -- well, would you like me to do the name of
21   the --
22        Q    Yes.
23        A    -- image also? And I -- it's EO[32].JPG,
24   which is just the -- the title that it showed in the
25   e-mail account itself.

Exhibit #2

                    M. Persons - D                    348

1              THE COURT:  Is that better?
2              MS. DUMONT:  No?
3              A JUROR:  When you start talking --
4              THE COURT:  You have to go really close.
5     BY MS. DUMONT:
6         Q    Okay.  I'll be a fast close talker now.
7     All right.  So I want to talk to you about this case
8     that's brought us to court today.
9         A    Okay.
10        Q    How did you become involved in this case?
11        A    So on May 29th of 2015 our task force at
12    the Oregon Department of Justice received
13    notification of what's called a cyber tip.
14             The reports that come into our office from
15    the National Center are referred to as cyber tips.
16    And in this case it was Cyber Tip 481-5657, which
17    came from the National Center for Missing and
18    Exploited Children.
19             Prior to it hitting NCMEC it came from
20    Google.  And Google had identified a user account
21    within their vast system that contained an e-mail
22    account that had --
23             MR. KELLY:  Your Honor, I'm going to
24    object.  I think he's getting to hearsay.
25             THE COURT:  Overruled.

Exhibit #2a

M. Persons - D                                              349

1            THE WITNESS:  It -- it contained -- the
2    Google account contained e-mails and those e-mails
3    had child -- what they believed to be child
4    pornography images attached to those e-mails.
5    They're mandated by the federal government to report
6    that to NCMEC, who is the national clearinghouse.
7            And they there were able to determine
8    based on analysts doing a little bit of workup here
9    and there, looking at some specific features of the
10   case, they determined we think this is -- probably
11   goes to Oregon.  So that's when we received this
12   lead.
13   BY MS. DUMONT:
14        Q   Okay.  So -- and this is a lead that you
15   were talking about.  You referred previously to a
16   secure server?
17        A   That's correct, yeah.
18        Q   Okay.  And so you received this lead that
19   came from NCMEC, but it originated from Google?
20        A   Correct.
21        Q   Okay.  And in terms of the cyber tip that
22   you received was it -- did it have an image
23   associated with it?
24        A   Yes, it does.
25        Q   Okay.  And as part of your investigation

Exhibit #3

1   linked through Comcast to a 711 Monroe Street?
2		A	That's correct.
3		Q	And is that address associated -- who is
4   that address associated with, the room that you
5   particularly went to eventually?
6		A	With Mr. Mutton.
7		Q	Okay.
8		A	William Mutton.
9		Q	And the Google e-mail address that you
10  found associated with that, what was that -- whose --
11  was that e-mail address --
12		A	Yes.  That e-mail address was
13  Mutsmining@Gmail.com.  And with some online searches
14  I was able to determine that the Mutsmining@Gmail.com
15  was associated with a Bill Mutton, who was the
16  newsletter editor for the Portland Gold Prospectors
17  and the GPAA Portland, Oregon, chapter.
18			So based on the e-mail address Mutsmining,
19  when we started getting hits that it was an editor
20  for a flier that's for gold prospecting, it seemed
21  like it was all kind of lining up.
22		Q	Okay.  And then you also talked about DMV.
23  Did you -- were you able to confirm defendant's
24  address as being an address associated with the one
25  that linked up with Comcast as well?

```
 1              IN THE CIRCUIT COURT OF THE STATE OF OREGON

 2                    FOR THE COUNTY OF CLACKAMAS

 3

 4   STATE OF OREGON,               )
                                    )
 5            Plaintiff,            )   Clackamas County
                                    )   Circuit Court
 6       v.                         )   No. CR1501967
                                    )
 7   WILLIAM AARON MUTTON,          )   CA A164606
                                    )
 8            Defendant.            )   Volume 4 of 7

 9

10              TRANSCRIPT OF PROCEEDINGS ON APPEAL

11              BE IT REMEMBERED that the above-entitled

12   Court and cause came on regularly for hearing before

13   the Honorable Heather L. Karabeika, on Tuesday, the

14   14th day of February, 2017, at the Clackamas County

15   Courthouse, Oregon City, Oregon.

16                          APPEARANCES

17       Ms. Sarah Dumont, Deputy District Attorney,
         Appearing on behalf of the State;
18
         Mr. Steve Kelly, Attorney at Law,
19       Appearing on behalf of Defendant Mutton.

20

21              KATIE BRADFORD, CSR 90-0148
                       Court Reporter
22                     (503) 267-5112

23   Proceedings recorded by digital audio recording;
     transcript provided by Certified Shorthand Reporter.
24

25
```